1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Special Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                          UNITED STATES DISTRICT COURT
9
                         EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,              | Case No. 1:23-po-00011-SAB
12 |              Plaintiff,                 | [Citation #9336829 CA/74]
13 | v.
14 | TREVOR J. MARR                          | MOTION AND ORDER FOR DISMISSAL
15 |              Defendant.
16

17

18     The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19 Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:23-po-

20 00011-SAB [Citation #9336829 CA/74] against TREVOR J. MARR, without prejudice, in the interest

21 of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22

23 DATED: January 17, 2023                     Respectfully submitted,

24                                             PHILLIP A. TALBERT
                                               United States Attorney
25
                                        By:    /s/ *Chan Hee Chu*
26                                             CHAN HEE CHU
                                               Special Assistant United States Attorney
27

28

                                           1

## **O R D E R**

IT IS HEREBY ORDERED that Case No. 1:23-po-00011-SAB [Citation #9336829 CA/74] against TREVOR J. MARR be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **January 17, 2023**

UNITED STATES MAGISTRATE JUDGE